Argued and submitted March 9, affirmed March 31, reconsideration denied June 2, petition for review denied June 22, 1993 (317 Or 163)

## VALLEY INSURANCE COMPANY,
*Respondent,*

*v.*

## Scott Michael STEWARD,
Conservator of the Estate of
Stephanie Michelle Steward, a minor,
*Appellant,*

Mary Sturdevant LARSEN
and James Kent Larsen,
*Defendants.*

(16-91-07342; CA A75879)

848 P2d 152

Michael V. Phillips, Eugene, argued the cause for appellant. With him on the brief was Johnson, Clifton, Larson & Bolin, Eugene.

Joel S. DeVore, Eugene, argued the cause for respondent. With him on the brief was Luvaas, Cobb, Richards & Fraser, P.C., Eugene.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Affirmed. *Mutual of Enumclaw v. Merrill*, 102 Or App 408, 794 P2d 818, *rev den* 310 Or 475 (1990).